**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

CHARLES CURTIS CARPENTER

CIVIL ACTION

VERSUS

26-791-SDD-RLB

NANCY LANDRY, ET AL.

**RULING**

The Court has carefully considered the *Motion,*[1] *record*, the law applicable to this action, and the *Report and Recommendation*[2] of United States Richard L. Bourgeois, Jr. dated August 4, 2026. In response to the *Report and Recommendation,* Plaintiff filed a *Motion to Amend Verified Complaint and Motion to Vacate Magistrate Judge's Decision on Temporary Restraining Order.*[3] The Court construes this *Motion*[4] as an objection to the *Report and Recommendation* and has conducted a de novo review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that Plaintiff's *Motion for Temporary Restraining Order*[5] is DENIED.

Signed in Baton Rouge, Louisiana, on this 21st day of August, 2026.

Shelly D. Dick

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 2.
[2] Rec. Doc. 13.
[3] Rec. Doc. 16.
[4] Rec. Doc. 16.
[5] Rec. Doc. 2.