U.S DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED SEP -3 2026
CM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

**CHARLES CURTIS CARPENTER,**

Plaintiff,

No. 3:26cv-00791

VERSUS

**NANCY LANDRY, et al.,**

Defendants.

DECLARATION OF CHARLES CURTIS CARPENTER

I, Charles Carpenter, being first duly sworn, do hereby depose and say:

I make this declaration based on my own personal knowledge that I have gained reading the Federal case law surrounding this case.

I have read the State of Louisiana's response to my response to the State of Louisiana's Motion to Dismiss, formally known as: "Defendant's Reply In Support of Their Motion to Dismiss Plaintiff's Complaint or, Alternatively, to Stay the Case under *Purcell* and In Opposition to Plaintiff's Motion for Preliminary Injunction (ECF No. 3). Dated August 26, 2026 (ECF No. 24).

The purpose of this declaration is to articulate wherein I feel that certain portions of the August 26th, 2026 Reply (ECF No. 24) are misleading the Court. This is not a wholly exhaustive list of identified areas of the Reply that are misleading, just the issues that I feel where the Attorney General through her Principal Deputy Solicitor General is most misleading in her Reply.

1) The Defendants are focusing on what happened in the second-half of the litigation and are not focused on what happened in the first-half of the litigation of *Council of Alternative Political Parties v. Hooks*, 999 F. Supp. 607 (D.N.J. 1998). The Third Circuit ***enjoined*** the petition deadline that was earlier than the primary. Then, the State Legislature moved the Petition Deadline to primary day. ***Then, the Third Circuit reversed.*** The important point is that when the new deadline was before the primary, it was unconstitutional. So, the State of Louisiana ignores the first half of the history of the case and is misleading the Court. When the State of New Jersey's unconstitutional law was enjoined, the State of New Jersey remedied the problem by correcting the issue, ***then the***

***Third Circuit reversed.*** Not before the problem was remedied by the State of New Jersey. The State of Louisiana could have also remedied its unconstitutional closed primary system for the position of United States Senate in much of the same way that it chose to remedy its unconstitutional closed primary system that it applied to candidates for the United States House of Representatives. It chose not to. Therefore, when I showed up at the Louisiana Archives premises with certified funds from friends and family and was turned away from qualifying on August 7, 2026 for the November 3rd, 2026 election, my experience was unlike every other person that showed up to qualify for the next Congress on the same day that got to qualify for the United States House of Representatives.

Your honor, the State of New Jersey did something that the State of Louisiana failed to do in response to all of the litigation surrounding its unconstitutional closed-primary election scheme, it took action. It remedied the problem. The State of Louisiana remedied the problem too – but only for the elections for the United States House of Representatives, not for the elections for the United States Senate to be held on the same day.

2) The Defendant furthermore is misleading the Court with my application of *Miller v. Nelson,* 116 F.4th 373, 378 n.2, 380–81 (5th Cir. 2024). The Fifth Circuit decision upholding Texas law does not settle my case, even though Texas is in the District of the Fifth Circuit of Appeals, just as Louisiana is. In Texas, the primary is always in early March and the petition deadline for independent candidates is always in June. This is in extreme contrast to Louisiana, where the petition deadline is earlier than the primary. Anyone reading the mechanics of the Texas law itself can see where Louisiana's law fails to meet Constitutional muster.

On a personal note, your honor. Have you seen my campaign website, at www.chuckforsenate.com? Right now, our country is going through a debt crisis. Bond yields are rising at an increasing pace. I don't understand this court's failure to adjudicate my "Motion for Preliminary Injunction and Permanent Injunction" to enjoin the State from applying the law so that I can receive injunctive relief to qualify to run for office. My campaign platform, was written in conjunction with my community because we have so many ideas on how to solve our nation's

problems, problems that I am uniquely qualified to solve. A vibrant democracy needs a debate on the issues that we have brought up in the platform. Our country has put its head in the sand for too long on so many important problems. I plead with the court to not make the same mistake this country made in dealing with its deficits and national debt, waiting until its too late to openly and frankly discuss the issues. The truth is that there are countless people hurting in my community: teachers, loggers, farmers, truck drivers, daycare workers, etc. Judging from the comments that I have seen elsewhere as my website has been shared, our community is not alone in these thoughts. The ideas on my campaign page aren't mine, they're ideas that I came up with in collaboration with my community. In just the first 24 hours of my interview with LACAG being posted to Facebook to discuss this lawsuit, it was watched over twelve thousand times. From what I understand, it has now been watched several hundred thousand times. People are paying attention, and we are very motivated to fight for the future that we want for the next generation.

You don't know how much sorrow I have lived under as a result of this President and this Governor's actions since January of last year. I was warned against filing this lawsuit by a very close friend of mine that is still close to the political system in Baton Rouge. I was warned that this is the most hateful, spiteful, and cruel Governor that Louisiana has had in the past 25 years. I was warned of the retaliation that I would face for filing this lawsuit – that the governor would find a way to hit me where I live. Indeed, I received a punch to the gut shortly after I filed this lawsuit, my SNAP benefits were cut off citing a failure to file documents – which I had filed timely. A copy of the "Notice of Decision" is attached for your reading pleasure.

From what I understand, a conservative champion of Constitutional government whom also opposed an excessively strong executive branch named Edmund Burke apparently once said that: "The only thing necessary for the triumph of evil is for good men to do nothing." Right now, I am forced into the unenviable position of choosing between tanking up my truck to drive to this court to file documents appertaining to this case – and eating. The Magistrate Judge never allowed me to efile with this court like the Defendants can on PACER, despite me asking for that right. I chose to starve today, but I didn't choose my choices. I eat a few tablespoons of peanut butter everyday. It

doesn't make the hunger completely go away. But, I know i'm not alone. I know that there are countless other Louisianans that are facing the cruelty of these times. We know the truth: that hunger has a way of sharpening the mind as to where the real problems in society are. I only recently had the epiphany of where the state's logic was misleading, but when I did, I hit the road.

Recently, I was asked by much of the medical staff of a rural hospital to help save their hospital from failure as their Chief Restructuring Officer. The doctors didn't have any money to pay me; and, had recently taken draconian pay cuts to keep the lights on. This week, one of those doctors was put into the position of having a very elderly man try to buy his groceries in line in front of her her at the grocery store, and being turned down at the cashier because his SNAP card didn't work. Thankfully, she pulled out her debit card to buy the senior citizen's groceries. Your honor, that doctor is over a month behind on her mortgage. She is part of a team that saves over a thousand lives per year. With the passage of the One Big Beautiful Bill Act, her hospital went from marginal profitability to losing money on every single patient. For her, its not about the title, its about the work. I know why that elderly man's SNAP card didn't work, it was systemic malice for all and charity for none disguised as an error rate audit. It takes real sociopaths to justify this.

So many angels in our society are sacrificing themselves to cure the systemic evil caused by the President and the Governor, and Congresswoman Julia Letlow voted for it. She voted to gut her own community – ours – to give tax breaks to the Epstein class. Your honor, we would like to thank her for her gratitude to her community. Your honor, Congresswoman Julia Letlow's office is famous for being indifferent to the constituents she purportedly serves, I know from personal experience. Many of the issues that I have brought up on the campaign website are tugging at the heart of most of the Louisianans that read it. I have enjoyed being on social media and look forward to being on TV next week to discuss this case.

Your honor, right now, the only choice in this election is between a candidate that refuses to do the work of representing Louisiana – indeed, campaigning as if she has been anointed, and a candidate that doesn't know how to represent Louisiana. But, if you'll let me, i'd love to give the people the chance to vote for someone that knows of how the rules of the United States Senate

operate and how the Congressional Budget Office scores legislation and furthermore, for I want to do the work. I want to do the work for all the right reasons. I learned how to do the work for all the right reasons over the past 15 months through the trial and error of crafting Federal legislation.

It's not about the position, its about the work. That's been the mantra of my life. That's why I choose to not be in the limelight. I find the work itself gratifying – and I am a giant introvert. I hate what this work is attached to – public office with all that entails, but i'd hope to let the people be the judge of my heart rather than fighting this judicial system to give them a chance to see it. Will this Court be remembered as the Court that refused to give democracy a chance by letting me qualify and run for the position of United States Senator despite all the judicial precedents that are in my favor? Will this Court at least set a hearing date for injunctive relief?

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated at Bentley, Louisiana, this 2nd day of September, 2026.

Charles Curtis Carpenter

Charles Curtis Carpenter

September 3rd, 2026